United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Docket Number: CR 08-0574-02 MHP |
| SEFO SAGOTE ) | |

ORDER TO AMEND JUDGMENT

ON MOTION OF THE COURT, the Judgment in the above referenced case is ordered amended to include the following order of restitution:

The defendant shall pay restitution totaling $79,765, which shall be due immediately, to the following victims in the following amounts:

| Victim | Restitution |
|---|---|
| Cumis Insurance Society Inc.<br>P.O. Box 1221<br>Madison, WI 53701-1221 | $77,800.00 |
| Pacific Postal Credit Union<br>1040 Leigh Avenue<br>San Jose, CA 95126-4129 | $965.00 |
| Cumis Insurance Society Inc.<br>P.O. Box 1221<br>Madison, WI 53701-1221 | $1,000.00 |
| Total | $79,765.00 |

If incarcerated, payment of restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Restitution payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102, due immediately, with monthly payments of not less than $50 per month upon commencement of term of supervised

release. The defendant's restitution obligation shall be paid jointly and severally with other defendants in this case in the amount of $78,765, which shall consist of $77,800 paid to Cumis Insurance Society Inc., and $965 to Pacific Postal Credit Union. The defendant shall be individually responsible for the remaining $1,000 restitution obligation, which shall be paid to Cumis Insurance Society Inc. Funds released by the government to the victim shall be credited toward the defendants' joint and several restitution obligation.

Date: 9/15/09

Marilyn Hall Patel
United States District Judge